AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| Eduardo Alberto Zelaya Vides | ) |
| | ) |
| | ) |
| Defendant | ) |

Case: 1:24-mj-00163
Assigned To : Judge Zia M. Faruqui
Assign. Date : 5/3/2024
Description: COMPLAINT W/ARREST WARRANT

## ARREST WARRANT

To:     Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
(name of person to be arrested)   Eduardo Alberto Zelaya Vides                                            ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2252(a)(2) - (Distribution of Child Pornography)

Date:     05/03/2024

_Zia M. Faruqui_

Issuing officer's signature

City and state:     Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
Printed name and title

| Return |
|---|
| This warrant was received on (date) 5/3/2024 , and the person was arrested on (date) 5/10/2024 at (city and state) Sunnyvale, CA . |
| Date: 5/10/2024 |

_Arresting officer's signature_

SA Adelaida Hernandez FBI
Printed name and title

1   ISMAIL J. RAMSEY (CABN 189820)
    United States Attorney

2

3   MARTHA BOERSCH (CABN 126569)
    Chief, Criminal Division

4   MARISSA HARRIS (NYBN 4763025)
    Assistant United States Attorney

5

6        150 Almaden Boulevard, Suite 900
         San Jose, California 95113

7        Telephone: (408) 535-5061
         FAX: (408) 535-5066

8        marissa.harris@usdoj.gov

9   Attorneys for United States of America

```
                                      ┌──────────────────────────────────┐
                                      │            FILED                 │
                                      │                                  │
                                      │         May 10 2024              │
                                      │                                  │
                                      │        Mark B. Busby             │
                                      │  CLERK, U.S. DISTRICT COURT      │
                                      │ NORTHERN DISTRICT OF CALIFORNIA  │
                                      │          SAN JOSE                │
                                      └──────────────────────────────────┘
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

13   UNITED STATES OF AMERICA,                ) CASE NO. CR 24-70722-MAG
                                               )
14              Plaintiff,                     ) NOTICE OF PROCEEDINGS ON OUT-OF-
                                               ) DISTRICT CRIMINAL CHARGES PURSUANT TO
15         v.                                  ) RULES 5(c)(2) AND (3) OF THE FEDERAL
                                               ) RULES OF CRIMINAL PROCEDURE
16   EDUARDO ALBERTO ZELAYA VIDES,            )
                                               )
17              Defendant.                     )
                                               )
     _____)

19        Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure

20   that on May 10, 2024, the above-named defendant was arrested pursuant to an arrest warrant (copy

21   attached) issued upon an

22        X̶      Indictment

23        ☐      Information

24        X       Criminal Complaint

25        ☐      Other (describe) _____

26   pending in the District of Columbia, Case Number 24-MJ-00163.

27        In that case (copy of indictment attached), the defendant is charged with a violation(s) of Title(s)

28   18 United States Code, Section(s) 2252(a)(2).

v. 7/10/2018

Description of Charges: <u>Distribution of Child Pornography</u>.

The maximum penalties are as follows:

- Minimum Prison Term: 5 years
- Maximum Prison Term: 20 years
- Maximum Fine: $250,000
- Minimum Supervised Release Term: 5 years (18 U.S.C. § 3583(k))
- Maximum Supervised Release Term: Life
- Mandatory Restitution
- Forfeiture
- Potential Deportation
- Special Assessment: $100 (Per 18 U.S.C. § 3014(a), there is an additional $5,000 special assessment for non-indigent defendants)
- Special Assessment for Child Pornography Defendants: Up to $35,000 pursuant to 18 U.S.C. § 2259A
- Potential Sex Offender Registration

Respectfully Submitted,

ISMAIL J. RAMSEY
UNITED STATES ATTORNEY

Date: <u>May 10, 2024</u>                     _____/s/_____

MARISSA HARRIS
Assistant United States Attorney

AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Luis Santos Perez, (DOB: XXXXXXXXX) | ) |
| Brandon James Manners, (DOB: XXXXXXXX) | ) |
| Eduardo Alberto Zelaya Vides, (DOB: XXXXXXXX) | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | |

Case: 1:24-mj-00163
Assigned To : Judge Zia M. Faruqui
Assign. Date : 5/3/2024
Description: COMPLAINT W/ARREST WARRANT

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___March 21, 2024 - April 21, 2024___ in the county of _____ in the
_____ in the District of ___Columbia___ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 2252(a)(2) - (Distribution of Child Pornography) | |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Marc Hess, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone.

Date: ___05/03/2024___                    _____
                                                             *Judge's signature*

City and state:        Washington, D.C.              Zia M. Faruqui, U.S. Magistrate Judge
                                                             *Printed name and title*

## STATEMENT OF FACTS

On March 21, 2024, a Federal Bureau of Investigation (FBI) Task Force Officer (TFO) assigned to the Washington Field Office's Child Exploitation and Human Trafficking Taskforce (CEHTTF) was acting in an undercover capacity when he entered a Kik group ("Group 1") he had been a member of for approximately two weeks.[1]  The undercover TFO (UC) observed the members of Group 1 discussing sexual fetishes including incest with children.  The UC also observed members of Group 1 posting images depicting the sexual abuse of children.

At approximately 6:51 a.m. EST on March 21, 2024, UC observed a member of Group 1 identified with username "chillbill81993" (later identified as **LUIS SANTOS PEREZ**) send an invitation to members of Group 1 to join another KIK group which the member had newly created.  The name of this Kik group was "Limitless".  UC joined Limitless.[2]

While monitoring Limitless on March 21, 2024, UC observed a message appear reading, "chillbill81993 has been promoted to owner."[3]  At various dates and times while monitoring Limitless, UC observed chillbill81993 ban users from the group who were not posting child pornography or who had violated other group rules. UC further observed a user identified with the username "crazyjohnny916" and display name "Cadillac Ray" (later identified as **BRANDON JAMES MANNERS**) act as an administrator for the group.[4]  UC witnessed crazyjohnny916 take actions as an administrator to including removing members from the group who were not complying with the group's rules by posting child sexual abuse material to the group. UC also observed text conversations in the group chat where chillbill81993 and crazyjohnny916 acknowledged one another's roles in running the group.  These observations are further detailed further below.

---

[1] Kik is an instant messaging mobile application where one can transmit and receive messages, photos, and videos. Users can communicate privately with other users or in groups.

[2] Eastern Standard Time (EST) is used as the default time zone in this document.

[3] According to information available on Kik's website, https://Kikhelpcenter.zendesk.com/hc/en-us/articles/4402344541979-Group-Owners-vs-Group-Admins, accessed on April 16, 2024, a group owner can: promote someone to a group admin, demote a group admin, kick or ban all non-owners, unban users, and change the group name and profile photo.  A group admin has all of these capabilities save for the ability to promote someone to a group admin.

[4] According to information available on Kik's website, https://kikhelpcenter.zendesk.com/hc/en-us/articles/4402344189339-Kik-usernames-vs-display names#:~:text=Usernames%20are%20made%20up%20of,looking%20at%20a%20display%20name, accessed on April 19, 2024, a Kik username is a unique account identifier and cannot be changed once created.  Display names are the names that appear in chat lists, at the top of private chats, and in group information screens.  A user can change his or her display name at any time.

When he joined Limitless, UC observed a rules banner appear outlining the rules for the group members to follow.  Each new member would see the rules banner when joining the group.  The banner read:

> Welcome!  You have 6 minutes to send 2 videos before kick.  Once you have access try to post daily.  This is an active group only.  Enjoy!

UC then observed at least eight members of Limitless post various images and/or videos in the group depicting minors engaged in sexually explicit conduct.  During the period from March 21, 2024, until April 21, 2024, Limitless group members posted dozens of child pornography videos to the group.  Those videos depicted dozens of different children engaged in sexually explicit conduct.

On March 21, 2024, UC observed a Limitless user with the display name "walter W" and the username "edwardanarchy" (later identified as **EDUARDO ALBERTO ZELAYA VIDES, aka ZELAYAVIDES**) say, "good morning," and post child pornography videos to Limitless, including a video depicting a prepubescent girl being orally penetrated by an adult man's penis. Later on that same day, edwardanarchy wrote in Limitless, "post your sluts," after which he posted a video of a seated prepubescent girl wearing a t-shirt with a rainbow touching her naked vagina.

Over the next several days, edwardanarchy repeatedly posted child pornography videos in Limitless and posted messages in the group urging other members to, "post your sluts," and, "post your young sluts."

Between March 21, 2025, and April 21, 2024, crazyjohnny916 posted several child pornography videos to Limitless, including a video of a prepubescent girl being orally penetrated by a man's penis. During the same period, chillbill81993 also posted several child pornography videos to Limitless, including one video depicting a naked minor girl being penetrated by an adult penis while laying inside of a vehicle while an adult male voice refers to the girl as, "My 13-year-old slut." After posting these child pornography videos, chillbill81993 wrote, "Anyone in here?", to which another user, herein referred to as User 1 responded, "Quiet tonight".[5]

Chillbill81993 then wrote in reply to User 1, "Very.   User 1 let's liven up this chat shall we?" User 1 responded, "Need some women with boys," to which chillbill81993 replied, "Yess.  Got any?"  When User 1 responded, "Maybe," chillbill81993 wrote, "Dude I'm an admin here it's either u do or u don't I'm not in the mood to play these childish games.  N from the looks of it u haven't even posted anything so ur about to be removed n banned."  User 1 then posted two videos of what appear to be teenage females engaged in sexual activities.  Chillbill81993 replied, "Too old.  Stick to the group topic.  U got 3 min to post something good.  If no I'm removing and banning u User 1."  User 1 failed to post a video and was banned by chillbill81993.

Chillbill81993 later sent User 1 an invite link to rejoin the group. When User 1 rejoined, the welcome banner outlining the group rules appeared and chillbill81993 wrote, "Also say something

---

[5] Based on IP addresses obtained as part of the investigation, it is believed that User 1 resides in a country outside of the U.S.  In order not to jeopardize foreign law enforcement's efforts to investigate the activities of User 1, User 1's profile name and display name are not provided in this statement of fact.

so u don't get removed by rage."  User 1 then posted two videos depicting minor children engaged in sexual activities with one another. User 1 then wrote, "Hi all.  44 m Canada."  Chillbill81993 responded, "No need for ASL lol.  But thank u sir.  I'm 41 m nv."[6]

On March 22, 2024, UC observed a message appear on the group chat stating that another user had joined the group chat.  The message stated that the user had been, "invited by crazyjohnny916."  Crazyjohnny916 wrote to the new user, "Post 2 real quick and say hi."  The new user then posted a video depicting a prepubescent female rubbing an object on her naked vagina.

On March 23, 2024, in response to child pornography videos posted by other members of the group, edwardanarchy wrote, "lovely videos," and included a smiling face emoji with heart eyes. He then posted a video of a prepubescent boy penetrating an adult female's vagina with his penis. On the same day, edwardanarchy posted to Limitless, "post some videos, don't let this chat die." He then continued to post additional child pornography videos to the group and commented on the child pornography videos posted by other members of the group.

On March 24, 2024, edwardanarchy posted several more child pornography videos to Limitless and crazyjohnny916 posted 22 child pornography videos to the group, including 2 videos depicting prepubescent girls engaged in sexually explicit conduct.

On March 25, 2024, UC posted a photo showing a child's foot being held by an adult hand, and wrote, "Love sneaking in her room when she sleeps and perving on her.  Anyone else do the same?"[7]  Crazyjohnny916 responded, "Show more."  Chillbill81993 then posted nine videos of pre-pubescent children engaged in sexually explicit conduct, including a video depicting a naked pubescent male placing his penis in the mouth of a prepubescent girl.

On March 25, 2024, crazyjohnny916 asked members of the group if Telegram was a good app to find more videos, and said he was, "hoping to find longer vids.  Like full tabu vids.  Clips are cool but I wanna see more on some lol."[8]

On March 25, 2024, after several users posted videos depicting minor females engaged in sexually explicit conduct, crazyjohnny916 wrote to the group, "Glad to see people are alive still here.  I thought everyone turned to ghosts."  User chillbill1993, owner of the group, responded, "I'm an admin lol.  I ain't going nowhere.  I mean I own the group?!  When tf did this happen?"[9] Crazyjohnny916 responded, "I also deserve credit.  As an admin. Bhahha."  Chillbill81993 acknowledged crazyjohnny916's statement, "Johnny ur right.  Thank u."  Crazyjohnny916 then

---

[6] In text messaging "m" is used to represent the word "male."  "ASL" is used in text messaging to represent the terms "age, sex, location."  In chillbill81993's text "nv" is believed to by the abbreviation for Nevada, signifying chillbill81993's physical location.

[7] The foot was a facsimile and not an actual child's foot.

[8] In text messaging "lol" is used to represent the phrase, "laugh out loud."

[9] In text messaging "tf" is used to represent the words, "the fuck."

asked what happened to another user, and when chillbill81993 said he did not know, crazyjohnny916 wrote, "lol left us the keys to the perv palace."

On March 26, 2024, edwardanarchy asked the group if anyone had, "used their daughters yet?" Crazyjohnny916 replied, "I want someone that will share them with me."

On March 26, 2024, chillbill81993 posted several more videos of pre-pubescent children engaged in sexually explicit conduct. One of these videos shows a naked adult vagina being rubbed on the face of an infant child. In the video the unidentified woman uses her fingers to spread secretions from her vagina on the infant's face. After this video was posted, members of the group engaged in a conversation where User 2 claimed he had "done something similar" to his granddaughter.[10] Chillbill81993 wrote, "Let's see ur granddaughter."

On March 30, 2024, chillbill81993 threatened to ban crazyjohnny916 from the group stating, "Cadillac Ray post something or be removed n banned as well." Crazyjohnny916 responded, "Dude it's me Crazy Johnny. Changed my name." Chillbill81993 wrote, "Oh Johnny. OK u good."[11]

On April 1, 2023, crazyjohnny916 posted a link to a file hosting service. The link gave users access to several videos containing child sexual abuse material, including videos of minors engaged in sexually explicit activity.

Identification of Luis Santos Perez

During the course of the investigation, the user of Kik account chillbill81993 was identified as **LUIS SANTOS PEREZ**.

On March 28, 2024, in response to legal process Kik provided subscriber information associated with chillbill81993. The information included IP addresses from which the Kik account was accessed. IP address 71.38.49.8 was used to access the account from March 15, 2024, to March 27, 2024. That IP address belongs to CenturyLink. On March 29, 2024, CenturyLink reported that during those dates IP address 71.38.49.8 was assigned to CenturyLink subscriber E.R., 5230 E. Craig Road, Unit 306, Las Vegas, NV 89115. This the same address listed on the Nevada identification card for LUIS SANTOS PEREZ. That card was issued on March 6, 2024.

In addition, PEREZ's photograph on the identification card appears to show the same person as displayed in the Kik profile photograph of chillbill81993. Photographs were located on social

---

[10] Based on IP addresses obtained as part of the investigation, it is believed that User 2 resides in a country outside of the U.S. In order not to jeopardize foreign law enforcement's efforts to investigate the activities of User 2, User 2's profile name and display name are not provided in this statement of fact.

[11] Crazyjohnny916's reference to changing his name refers to a change in his Kik display name. Kik users can change their display name at any time, whereas a Kik profile name cannot be changed after an account is created.

media accounts showing persons appearing to be PEREZ and E.R. as a couple.Kik also reported that the chillbilll81993 account was associated with email address georgecardona932@gmail.com.

Google advised that the email address was created on January 22, 2024, from IP address 71.38.49.8, the same IP address associated with E.R. at 5230 E. Craig Road, Unit 306, Las Vegas, NV 89115.

Three other Google accounts were identified as belonging to PEREZ: Laboy21519@gmail.com, Luisperez7414@gmail.com, and Ghostdagoon@gmail.com.  The latest IP logins for the first two accounts occurred on March 17, 2024.  The latest IP login for the third account was dated March 28, 2024.  All of the latest logins were from IP address 71.38.49.8, identified by CenturyLink as assigned to E.R. at 5230 E. Craig Road, Unit 306, Las Vegas, NV 89115.  The recovery SMS for Ghostdagoon@gmail.com is a telephone number ending in 1866.  AT&T advised that the customer assigned that number is E.R..

On April 29, 2024, a federal law enforcement officer visually identified PEREZ at 5230 E. Craig Road, Unit 306, Las Vegas, NV 89115.


Identification of Brandon Manners

During the course of the investigation, the Kik user crazyjohnny916 was identified as **BRANDON JAMES MANNERS.**

On March 28, 2024, in response to legal process. Kik provided subscriber information associated with username crazjohnny916.  The information revealed that email account brandonmanners7@gmail.com was linked to the user account.

On April 5, 2024, in response to legal process, Google provided subscriber information for brandonmanners7@gmail.com.  The name associated with the account was BRANDON MANNERS.  The recovery SMS was a telephone number ending in 5158.  Using open-source databases, the service provider for that telephone number was identified as Cellco dba Verizon Wireless.

In response to legal process, Cellco dba Verizon Wireless advised the subscriber to that telephone number is T.S..  Using open-source databases law enforcement personnel identified T.S.'s surname, prior to her marriage, was MANNERS that she appears to be a relative of BRANDON JAMES MANNERS, the same name associated with Gmail account brandonmanners7@gmail.com.

California driver's license information was obtained for BRANDON JAMES MANNERS.  The address on the license was the same address Cellco dba Verizon reported as belonging to T.S.

On, or about, April 18, 2024, MANNERS's probation officer reported that MANNERS is residing at a half-way house in, San Diego, California. On, or about, April 18, 2024, a federal law enforcement officer observed MANNERS in the yard of the residence.

<u>Identification of Eduardo Alberto Zelaya Vides</u>

During the course of the investigation the user of Kik account edwardanarchy was identified as **EDUARDO ALBERTO ZELAYA VIDES**.

In response to legal process, Kik reported that email account edwardoazvides@gmail.com was associated with Kik account edwardanarchy. Information obtained from Google included a recovery SMS number ending in 8303 associated with that email account. The recovery email associated with email account edwardoazvides@gmail.com is edwardoazvides@gmail.com. Eduardoazvides@gmail.com has the same recovery SMS number ending in 8303 as edwardoazvides@gmail.com.

AT&T confirmed that the customer assigned the identified phone number is EDUARDO ZELAYA VIDES, 1118 Stoneylake Court, Sunnyvale, California 94089.

The California driver's license for VIDES lists his name as EDUARDO ALBERTO ZELAYA VIDES and his address as 1118 Stoneylake Court, Sunnyvale, California 94089.

Based on the aforementioned facts, I respectfully submit there is probable cause to believe that the following three individuals distributed child pornography in violation of 18 USC §2252(a)(2):

> LUIS SANTOS PEREZ, date of birth September 6, 1991, address 5230 E Craig Rd Unit 306, Las Vegas, NV 89115

> BRANDON JAMES MANNERS, date of birth, April 6, 1989, address 4914 Pacifica Drive, San Diego, CA 92109

> EDUARDO ALBERTO ZELAYA VIDES, date of birth January 14, 1994, address 1118 Stoneylake Ct, Sunnyvale, CA 94089.

Respectfully Submitted,

_____
Marc D. Hess
Special Agent

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**Holding a Criminal Term**

**Grand Jury Sworn in on April 11, 2024**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| **v.** | : | |
| | : | **VIOLATIONS:** |
| **LUIS SANTOS PEREZ,** | : | |
| **BRANDON JAMES MANNERS, and** | : | |
| **EDUARDO ALBERTO ZELAYA** | : | |
| **VIDES,** | : | **18 U.S.C. § 2252A(g)** |
| | : | **(Child Exploitation Enterprise)** |
| | : | |
| | : | **18 U.S.C. § 2252(a)(2) & (b)(1)** |
| | : | **(Conspiracy to Distribute and Receive** |
| **Defendants.** | : | **Child Pornography)** |
| | : | |
| | : | **18 U.S.C. § 2251(d)(1) & (e)** |
| | : | **(Advertisement of Child Pornography)** |
| | : | |
| | : | **18 U.S.C. § 2252(a)(2)** |
| | : | **(Distribution of Child Pornography)** |
| | : | |
| | : | **Forfeiture: 18 U.S.C. § 2253(a)** |
| | : | **21 U.S.C. § 853(p)** |

# I N D I C T M E N T

The Grand Jury Charges that:

## COUNT ONE

On or about and between March 21, 2024 and on or about April 21, 2024, in the District of

Columbia and elsewhere, the defendants, **LUIS SANTOS PEREZ, BRANDON JAMES**

**MANNERS, and EDUARDO ALBERTO ZELAYA VIDES**, the defendants herein, and others

known and unknown to the Grand Jury, did knowingly engage in a child exploitation enterprise,

that is, **LUIS SANTOS PEREZ, BRANDON JAMES MANNERS, EDUARDO ALBERTO**

**ZELAYA VIDES** violated Chapter 110 of Title 18 of the United States Code, as part of a series of felony violations constituting three or more separate incidents and involving more than one minor victim, which offenses are described in Counts Three through Six of this Indictment, incorporated herein, and committed those offenses in concert with three or more other persons.

(**Child Exploitation Enterprise**, in violation of Title 18, United States Code, Sections 2252A(g)(2))

## COUNT TWO

On or about and between March 21, 2024 and on or about April 21, 2024, in the District of Columbia and elsewhere, the defendants, **LUIS SANTOS PEREZ, BRANDON JAMES MANNERS,** and **EDUARDO ALBERTO ZELAYA VIDES**, did conspire with individuals known and unknown to the grand jury to knowingly distribute and receive any child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that has been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer; and that has been shipped and transported using any means and facility of interstate or foreign commerce.

(**Conspiracy to Distribute and Receive Child Pornography**, in violation of Title 18, United States Code, Sections 2252(a)(2) & (b)(1))

## COUNT THREE

On or about and between March 21, 2024, and on or about April 21, 2024, in the District of Columbia and elsewhere, the defendants, **LUIS SANTOS PEREZ** and **BRANDON JAMES MANNERS,** the defendants herein, and others known and unknown to the Grand Jury, did knowingly conspire to make, print, and publish, and cause to be made, printed, and published, any notice and advertisement seeking and offering to receive, exchange, buy, produce, display,

2

distribute, and reproduce, any visual depiction, the production of which visual depiction involved the use of a minor engaging in sexually explicit conduct; and participation in any act of sexually explicit conduct by and with any minor for the purpose of producing a visual depiction of such conduct; knowing and having reason to know that such notice or advertisement would be transported using any means or facility of interstate or foreign commerce and in or affecting interstate and foreign commerce by any means, including by computer, and such notice and advertisement was transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer..

   (**Advertisement of Child Pornography** in violation of Title 18, United States Code, Section 2251(d)(1) and (e))

## COUNT FOUR

   On or about and between March 22, 2024, and on or about April 21, 2024, in the District of Columbia and elsewhere, the defendant, **LUIS SANTOS PEREZ**, did knowingly distribute any visual depiction, using any means and facility of interstate and foreign commerce, and that such visual depiction has been shipped and transported in and affecting interstate and foreign commerce, by any means including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct.

   (**Distribution of Child Pornography**, in violation of Title 18, United States Code, Section 2252(a)(2))

## COUNT FIVE

   On or about and between March 22, 2024, and on or about April 21, 2024, in the District of Columbia and elsewhere, the defendant, **BRANDON JAMES MANNERS**, did knowingly

3

distribute any visual depiction, using any means and facility of interstate and foreign commerce, and that such visual depiction has been shipped and transported in and affecting interstate and foreign commerce, by any means including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct.

(**Distribution of Child Pornography**, in violation of Title 18, United States Code, Section 2252(a)(2))

## COUNT SIX

On or about and between March 21, 2024, and on or about March 27, 2024, in the District of Columbia and elsewhere, the defendant, **EDUARDO ALBERTO ZELAYA VIDES**, did knowingly distribute any visual depiction, using any means and facility of interstate and foreign commerce, and that such visual depiction has been shipped and transported in and affecting interstate and foreign commerce, by any means including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct.

(**Distribution of Child Pornography**, in violation of Title 18, United States Code, Section 2252(a)(2))

## FORFEITURE ALLEGATION

### Title 18, United States Code, Section 2253

The allegations contained in Counts ONE through SIX of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 2253.

Pursuant to Title 18, United States Code, Section 2253, upon conviction of an offense in violation of Title 18, United States Code, Section 2252A, the defendants, **LUIS SANTOS**

**PEREZ, BRANDON JAMES MANNERS,** and **EDUARDO ALBERTO ZELAYA VIDES** shall forfeit to the United States of America:

1.  Any visual depiction described in Title 18, United States Code, sections 2251, 2251A, or 2252, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

2.  Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense(s); and

3.  Any property, real or personal, used or intended to be used to commit or to promote the commission of the offense(s).

## MONEY JUDGMENT

In the event of conviction, the United States intends to seek a money judgment.

## SUBSTITUTE ASSETS

If the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

a.  cannot be located upon the exercise of due diligence;

b.  has been transferred or sold to, or deposited with, a third party;

c.  has been placed beyond the jurisdiction of the Court;

d.  has been substantially diminished in value; or

e.  has been commingled with other property that cannot be divided without difficulty;

the defendants shall forfeit to the United States any other property of the defendants, up to the value of the property described above, pursuant to 21 U.S.C. Section 853(p).

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 2253(a) and Title 21, United States Code, Section 853(p))

A TRUE BILL

*Matthew M. Graves /JJI*

FOREPERSON

Attorney for the United States in
and for the District of Columbia

DOCUMENTS UNDER SEAL ☐                                 TOTAL TIME (mins):   26 mins

| MAGISTRATE JUDGE **MINUTE ORDER** | DEPUTY CLERK<br>Lili M. Harrell | LIBERTY RECORDING:<br>1:20pm - 1:46pm | |
|---|---|---|---|
| MAGISTRATE JUDGE<br>Nathanael M. Cousins | DATE<br>May 10, 2024 | NEW CASE<br>☐ | CASE NUMBER<br>5:24-mj-70722 MAG |

### APPEARANCES

| DEFENDANT<br>Eduardo Alberto Zelaya Vides | AGE | CUST<br>Y | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Varell Fuller | PD. ☒ RET. ☐<br>APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY<br>Marissa Harris | | INTERPRETER | | ☒ FIN. AFFT<br>SUBMITTED | ☒   COUNSEL APPT'D |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>Anthony Granados | | | DEF ELIGIBLE FOR ☒<br>APPT'D COUNSEL | PARTIAL PAYMENT ☐<br>OF CJA FEES |

### PROCEEDINGS SCHEDULED TO OCCUR

| | | | |
|---|---|---|---|
| ☒ INITIAL APPEAR<br>Rule 5 | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS ☐ TRIAL SET |
| ☐ I.D. COUNSEL | ☒ ARRAIGNMENT | ☐ BOND HEARING | ☐ IA REV PROB. or<br>or S/R | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT<br>HEARING |

### INITIAL APPEARANCE

| ☒ ADVISED<br>OF RIGHTS | ☒ ADVISED<br>OF CHARGES | ☐ NAME AS CHARGED<br>IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

### ARRAIGNMENT

| ☐ ARRAIGNED ON<br>INFORMATION | ☒ ARRAIGNED ON<br>INDICTMENT | ☒ READING WAIVED<br>SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| ☐ RELEASED<br>ON O/R | ☐ ISSUED<br>APPEARANCE BOND | AMT OF SECURITY<br>$ | SPECIAL NOTES | ☐ PASSPORT<br>SURRENDERED<br>DATE: |
|---|---|---|---|---|

| PROPERTY TO BE POSTED<br>☐ CASH    $ | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ |
|---|---|---|

| ☒ MOTION<br>FOR<br>DETENTION | ☒ PRETRIAL<br>SERVICES<br>REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING<br>AND FORMAL FINDINGS<br>WAIVED | ☒ REMANDED<br>TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| ☐ CONSENT<br>ENTERED | ☒ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE<br>REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT<br>FILED | OTHER: |

### CONTINUANCE

| TO:<br>5/13/2024 | ☐ ATTY APPT HRG /<br>ID COUNSEL | ☐ BOND<br>HEARING | ☐ STATUS RE:<br>CONSENT | ☐ TRIAL SET |
|---|---|---|---|---|
| AT:<br>1:00pm | ☐ SUBMIT FINAN.<br>AFFIDAVIT | ☐ PRELIMINARY<br>HEARING | ☐ CHANGE OF<br>PLEA | ☐ STATUS |
| BEFORE HON.<br>Cousins | ☒ DETENTION<br>HEARING | ☐ ARRAIGNMENT | ☐ MOTIONS | ☐ JUDGMENT &<br>SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE<br>UNDER 18 § USC<br>3161 | ☐ IDENTITY /<br>REMOVAL<br>HEARING | ☐ PRETRIAL<br>CONFERENCE | ☐ PROB/SUP REV.<br>DISPO HEARING |

### ADDITIONAL PROCEEDINGS

Court grants Govt's motion to UNSEAL entire case. DPPA advised.

DOCUMENT NUMBER:

DOCUMENTS UNDER SEAL ☐                                    TOTAL TIME (mins):    23 mins

| **MAGISTRATE JUDGE** **MINUTE ORDER** | DEPUTY CLERK<br>Lili M. Harrell | LIBERTY RECORDING:<br>1:17pm - 1:40pm | | |
|---|---|---|---|---|
| MAGISTRATE JUDGE<br>Nathanael M. Cousins | DATE<br>May 13, 2024 | | NEW CASE<br>☐ | CASE NUMBER<br>5:24-mj-70722 MAG |

| APPEARANCES | | | | | | |
|---|---|---|---|---|---|---|
| DEFENDANT<br>Eduardo Alberto Zelaya Vides | AGE | CUST<br>Y | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Varell Fuller | | PD. ☒ RET. ☐<br>APPT. ☐ |
| U.S. ATTORNEY<br>Marissa Harris | | INTERPRETER | | | FIN. AFFT<br>SUBMITTED ☐ | COUNSEL APPT'D ☐ |
| PROBATION OFFICER | | PRETRIAL SERVICES OFFICER<br>Anthony Granados | | DEF ELIGIBLE FOR<br>APPT'D COUNSEL ☐ | | PARTIAL PAYMENT ☐<br>OF CJA FEES |

| PROCEEDINGS SCHEDULED TO OCCUR | | | | |
|---|---|---|---|---|
| ☐ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS<br>☐ TRIAL SET |
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☐ BOND HEARING | ☐ IA REV PROB. or<br>or S/R | ☐ OTHER |
| ☒ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT<br>HEARING |

| INITIAL APPEARANCE | | | |
|---|---|---|---|
| ☐ ADVISED<br>OF RIGHTS | ☐ ADVISED<br>OF CHARGES | ☐ NAME AS CHARGED<br>IS TRUE NAME | ☐ TRUE NAME: |

| ARRAIGNMENT | | | |
|---|---|---|---|
| ☐ ARRAIGNED ON<br>INFORMATION | ☐ ARRAIGNED ON<br>INDICTMENT | ☐ READING WAIVED<br>SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |

| RELEASE | | | | |
|---|---|---|---|---|
| ☐ RELEASED<br>ON O/R | ☒ ISSUED<br>APPEARANCE BOND | AMT OF SECURITY<br>$ 50,000 | SPECIAL NOTES<br>Unsecured | ☒ PASSPORT<br>SURRENDERED<br>DATE:5/13/2024 |
| PROPERTY TO BE POSTED<br>☐ CASH $ | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ |
| ☐ MOTION<br>FOR<br>DETENTION | ☐ PRETRIAL<br>SERVICES<br>REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING<br>AND FORMAL FINDINGS<br>WAIVED    ☐ REMANDED<br>TO CUSTODY |

ORDER REMOVED TO THE DISTRICT OF

| PLEA | | | |
|---|---|---|---|
| ☐ CONSENT<br>ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
| ☐ PRESENTENCE<br>REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT<br>FILED | OTHER: |

| CONTINUANCE | | | | |
|---|---|---|---|---|
| TO:<br>5/15/2024 | ☐ ATTY APPT HRG /<br>ID COUNSEL | ☐ BOND<br>HEARING | ☐ STATUS RE:<br>CONSENT | ☐ TRIAL SET |
| AT:<br>1:00pm | ☐ SUBMIT FINAN.<br>AFFIDAVIT | ☐ PRELIMINARY<br>HEARING | ☐ CHANGE OF<br>PLEA | ☒ STATUS |
| BEFORE HON.<br>Cousins | ☐ DETENTION<br>HEARING | ☐ ARRAIGNMENT | ☐ MOTIONS | ☐ JUDGMENT &<br>SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE<br>UNDER 18 § USC<br>3161 | ☐ IDENTITY /<br>REMOVAL<br>HEARING | ☐ PRETRIAL<br>CONFERENCE | ☐ PROB/SUP REV.<br>DISPO HEARING |

| ADDITIONAL PROCEEDINGS |
|---|

Court follows recommendation of Pretrial and sets conditions of release. Co-signer admonished. Court grants Govt's request to stay release pending appeal. Release order stayed until 2pm 5/14/2024, or further Court order.

DOCUMENT NUMBER:

| DOCUMENTS UNDER SEAL ☐ | | TOTAL TIME (mins): 08 mins | | |
|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK Lili M. Harrell | LIBERTY RECORDING: 1:15pm - 1:23pm | | |
| MAGISTRATE JUDGE Nathanael M. Cousins | DATE May 15, 2024 | NEW CASE ☐ | CASE NUMBER 5:24-mj-70722 MAG | |

| APPEARANCES | | | | | | |
|---|---|---|---|---|---|---|
| DEFENDANT Eduardo Alberto Zelaya Vides | AGE | CUST Y | P/NP P | ATTORNEY FOR DEFENDANT Christina DiEdoardo* | PD. ☐  RET. ☒ APPT. ☐ | |
| U.S. ATTORNEY Marissa Harris | INTERPRETER | | | FIN. AFFT ☐ SUBMITTED | COUNSEL APPT'D ☐ | |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER Gustavo Rangel | | | DEF ELIGIBLE FOR ☐ APPT'D COUNSEL | PARTIAL PAYMENT ☐ OF CJA FEES | |

| PROCEEDINGS SCHEDULED TO OCCUR | | | | |
|---|---|---|---|---|
| ☐ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☒ STATUS ☐ TRIAL SET |
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☐ BOND HEARING | ☐ IA REV PROB. or or S/R | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

| INITIAL APPEARANCE | | | |
|---|---|---|---|
| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |

| ARRAIGNMENT | | | |
|---|---|---|---|
| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |

| RELEASE | | | | |
|---|---|---|---|---|
| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
| PROPERTY TO BE POSTED ☐ CASH $ | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ |
| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED   ☒ REMANDED TO CUSTODY |
| ORDER REMOVED TO THE DISTRICT OF | | | | |

| PLEA | | | |
|---|---|---|---|
| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

| CONTINUANCE | | | | |
|---|---|---|---|---|
| TO: 5/23/2024 | ☐ ATTY APPT HRG / ID COUNSEL | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ TRIAL SET |
| AT: 1:00pm | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING | ☐ CHANGE OF PLEA | ☒ STATUS |
| BEFORE HON. Cousins | ☐ DETENTION HEARING | ☐ ARRAIGNMENT | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. DISPO HEARING |

| ADDITIONAL PROCEEDINGS |
|---|

*Jessica Yu appears for Varell Fuller. Christina DiEddoardo substitutes in as retained counsel for defendant in Northern District of CA. Federal Public Defender is relieved. Hearing re Govt's motion for review of release order set in charging district USDC Dist. of Columbia before Judge Beryl A. Howell on 5/15/2024, at 10:00am (Western time) via WebEx. Deft to participate from Santa Rita jail. Parties inform Court Deft's public defender will be appearing on his behalf.

DOCUMENT NUMBER:

DOCUMENTS UNDER SEAL ☐          TOTAL TIME (mins):  06 mins

| MAGISTRATE JUDGE **MINUTE ORDER** | DEPUTY CLERK Lili M. Harrell | LIBERTY RECORDING: 1:04pm - 1:10pm | |
|---|---|---|---|
| MAGISTRATE JUDGE Nathanael M. Cousins | DATE May 22, 2024 | NEW CASE ☐ | CASE NUMBER 5:24-mj-70722 MAG |

## APPEARANCES

| DEFENDANT Eduardo Alberto Zelaya Vides | AGE | CUST Y | P/NP P | ATTORNEY FOR DEFENDANT Theresia Sandhu* / Varell Fuller | PD. ☒ RET. ☐ APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY Eric Cheng for Marissa Harris | | INTERPRETER | | FIN. AFFT SUBMITTED ☐ | ☒ COUNSEL APPT'D Varell Fuller |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER Shafia Khanoon | | DEF ELIGIBLE FOR APPT'D COUNSEL ☐ | | PARTIAL PAYMENT OF CJA FEES ☐ |

## PROCEEDINGS SCHEDULED TO OCCUR

| | | | |
|---|---|---|---|
| ☐ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG    ☒ STATUS ☐ TRIAL SET |
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☐ BOND HEARING | ☐ IA REV PROB. or or S/R    ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC.    ☐ ATTY APPT HEARING |

## INITIAL APPEARANCE

| | | | |
|---|---|---|---|
| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |

## ARRAIGNMENT

| | | | |
|---|---|---|---|
| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |

## RELEASE

| | | | |
|---|---|---|---|
| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES    ☐ PASSPORT SURRENDERED DATE: |
| PROPERTY TO BE POSTED ☐ CASH $ | | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ |
| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED  ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED  ☐ REMANDED TO CUSTODY |

ORDER REMOVED TO THE DISTRICT OF  Columbia

## PLEA

| | | | |
|---|---|---|---|
| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

## CONTINUANCE

| TO: | ☐ ATTY APPT HRG / ID COUNSEL | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ TRIAL SET |
|---|---|---|---|---|
| AT: | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING | ☐ CHANGE OF PLEA | ☐ STATUS |
| BEFORE HON. | ☐ DETENTION HEARING | ☐ ARRAIGNMENT | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. DISPO HEARING |

## ADDITIONAL PROCEEDINGS

Theresia Sandhu from Bulldog Law appears and informs Court the firm that represented defendant was fired. Defendant waives Identity and Removal hearings. Defendant admits identity: Eduardo Zelaya. Hearing has been set in the District of Columbia for 5/30/2024, at 9:30am before Judge Beryl A. Howell (1:24-cr-00216-BAH).

DOCUMENT NUMBER:

AO 466A (Rev. 12/17)  Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the

|  |  |
|---|---|
| United States of America | ) |
| v. | ) |
| Eduardo Alberto Zelaya Vides | ) |
| _____ | ) |
| *Defendant* | ) |

Case No.   24-70722-MAG

Charging District's Case No. 24-216 (BAH)

### WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)*
District of Columbia                                                                                          .

I have been informed of the charges and of my rights to:

(1)     retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)     an identity hearing to determine whether I am the person named in the charges;

(3)     production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)     a preliminary hearing to determine whether there is probable cause to believe that an offense has been
committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise,
unless I have been indicted beforehand.

(5)     a hearing on any motion by the government for detention;

(6)     request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☒     an identity hearing and production of the warrant.

☐     a preliminary hearing.

☐     a detention hearing.

☐     an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary
or detention hearing to which I may be entitled in this district.  I request that my
☐ preliminary hearing and/or ☐ detention hearing be held in the prosecuting district, at a time set by
that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are
pending against me.

Date:   5/22/24

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Vaqll L. Fuller, AFPD
*Printed name of defendant's attorney*

AO 94  (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Eduardo Alberto Zelaya Vides | ) | Case No.   5:24-mj-70722 MAG |
| | ) | |
| _____ | ) | Charging District's |
| *Defendant* | ) | Case No.   24-CR-0216 BAH |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the _____ District of Columbia,

*(if applicable)* _____ division.  The defendant may need an interpreter for this language:

_____ .

The defendant:   ☐ will retain an attorney.

☑ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant.  The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled.  The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date:   05/22/2024               _____
*Judge's signature*

Nathanael M. Cousins, United States Magistrate Judge
*Printed name and title*

cc: USMS


CLOSED,E-Filing,REMOVE

# U.S. District Court
## California Northern District (San Jose)
## CRIMINAL DOCKET FOR CASE #: 5:24-mj-70722-MAG-1

Case title: USA v. Vides

Date Filed: 05/10/2024

Date Terminated: 05/22/2024

---

Assigned to: Magistrate Judge

**Defendant (1)**

**Eduardo Alberto Zelaya Vides**
*TERMINATED: 05/22/2024*

represented by **Christina Ann-Marie DiEdoardo**
Bulldog Law
500 N. Central
Ste 610
Glendale, CA 95113
916-273-9655
Email: christina@thebulldog.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Varell Laphalle Fuller**
Federal Public Defender
Northern District of California
55 South Market Street
Suite 820
San Jose, CA 95113
(408) 291-7753
Email: Varell_Fuller@fd.org
*TERMINATED: 05/15/2024*
*LEAD ATTORNEY*
*Designation: Assistant US Attorney*

**Pending Counts**                                **Disposition**
None

**Highest Offense Level (Opening)**
None

**Terminated Counts**                             **Disposition**
None

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18:2252(a)(2)- Distribution of Child Pornography | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Marissa Harris** |
| | | U.S. Attorneys Office |
| | | Northern District California |
| | | 150 Almaden Blvd. |
| | | Ste. 900 |
| | | San Jose, CA 95113 |
| | | 408-535-5043 |
| | | Email: marissa.harris@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Assistant US Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 05/10/2024 | 1 | Notice of Proceedings on Out-of-District Criminal Charges Pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure as to Eduardo Alberto Zelaya Vides (1). (cfe, COURT STAFF) (Filed on 5/10/2024) (Entered: 05/10/2024) |
| 05/10/2024 | 2 | Minute Entry for proceedings held before Magistrate Judge Nathanael M. Cousins: Initial Appearance - Rule 5 & Arraigned NOT GUILTY as to Eduardo Alberto Zelaya Vides held on 5/10/2024. CJA23 Submitted as to Eduardo Alberto Zelaya Vides. Court grants Govt's motion to UNSEAL entire case. DPPA advised.<br><br>The Court directs entry of the following Order: Pursuant to the Due Process Protection Act, the Court advised government counsel of the government's disclosure obligations under *Brady v. Maryland* and its progeny, and that the failure to do so in a timely manner may result in dismissal of the indictment or information, dismissal of individual charges, exclusion of government evidence or witnesses, or any other remedy that is just under the circumstances.<br><br>Detention Hearing set for 5/13/2024 01:00 PM in San Jose, Courtroom 5, 4th Floor before Magistrate Judge Nathanael M. Cousins.<br><br>Plaintiff's Attorney: Marissa Harris.<br>Defendant's Attorney:Varell Fuller.<br>Pretrial Officer: Anthony Granados.<br>Liberty:1:20pm-1:46pm (26 mins).<br><br>Defendant Present: Yes.<br>Defendant in Custody: Yes. |

| | | |
|---|---|---|
| | | (cfe, COURT STAFF) (Filed on 5/10/2024) (Entered: 05/10/2024) |
| 05/10/2024 | | CASE DESIGNATED for Electronic Filing. (cfe, COURT STAFF) (Filed on 5/10/2024) (Entered: 05/10/2024) |
| 05/10/2024 | 3 | CJA 23 Financial Affidavit by Eduardo Alberto Zelaya Vides (cfe, COURT STAFF) (Filed on 5/10/2024) (Entered: 05/10/2024) |
| 05/13/2024 | 5 | Minute Entry for proceedings held before Magistrate Judge Nathanael M. Cousins. Detention Hearing as to Eduardo Alberto Zelaya Vides held on 5/13/2024; Defendant present.<br><br>Court follows recommendation of Pretrial Services and issues conditions of release. Government's request for stay is granted; release order stayed until 2:00 pm 5/14/2024, or further Court order.<br><br>Status Conference set for 5/15/2024, at 01:00 PM in San Jose, Courtroom 5, 4th Floor before Magistrate Judge Nathanael M. Cousins.<br><br>For the Government: Marissa Harris.<br>For Defendant: Varell Fuller.<br>Pretrial Services: Anthony Granados.<br><br>Liberty Recording: 1:17pm - 1:40pm (23 mins).<br><br>(lmh, COURT STAFF) (Filed on 5/13/2024) (Entered: 05/13/2024) |
| 05/14/2024 | 6 | AUDIO RECORDINGS ORDER (requesting docket(s): 5 , 2 ),. Court will send to Varell Fuller at Varell_Fuller@fd.org a link to the files requested in this order. Fee waived because filer is USAO, FPD or CJA counsel on this case (Fuller, Varell) (Filed on 5/14/2024) (Entered: 05/14/2024) |
| 05/14/2024 | 7 | **ORDER Setting Conditions of Release $50,000 UNSECURED BOND Entered as to Eduardo Alberto Zelaya Vides. Signed by Magistrate Judge Nathanael M. Cousins on 5/13/24.**<br><br>**\*\*\*Stayed until 2:00 PM, 5/14/2024 or Further Order of the Court\*\*\***<br><br>(cfe, COURT STAFF) (Filed on 5/14/2024) (Entered: 05/14/2024) |
| 05/14/2024 | 8 | NOTICE of Sealed Staying Release 7 by USA as to Eduardo Alberto Zelaya Vides (Harris, Marissa) (Filed on 5/14/2024) Modified on 5/15/2024 (cfe, COURT STAFF). (Entered: 05/14/2024) |
| 05/15/2024 | 9 | Minute Entry for proceedings held before Magistrate Judge Nathanael M. Cousins. Status Conference as to Eduardo Alberto Zelaya Vides held on 5/15/2024; Defendant present.<br><br>Jessica Yu appears for Varell Fuller; Christina DiEdoardo substitutes in as retained counsel. Federal Public Defender's office is relieved.<br><br>Hearing re Govt's motion for review of release order set in charging district, USDC District of Columbia before Judge Beryl A. Howell on 5/15/2024, at 10:00 AM (Western time) via WebEx. Defendant to participate from Santa Rita Jail. Parties inform Court Defendant's Public Defender in District of Columbia will appear on 5/15.<br><br>Status Conference set for 5/23/2024, at 01:00 PM in San Jose, Courtroom 5, 4th Floor before Magistrate Judge Nathanael M. Cousins. |

| | | |
|---|---|---|
| | | For the Government: Marissa Harris.<br>For Defendant: Christina DiEdoardo.<br>Pretrial Services: Gustavo Rangel.<br><br>Liberty recording: 1:15pm - 1:23pm (8 mins).<br><br>(lmh, COURT STAFF) (Filed on 5/15/2024) (Entered: 05/15/2024) |
| 05/15/2024 | 10 | **CONSENT ORDER GRANTING Substitution of Attorney. Added attorney Christina Ann-Marie DiEdoardo for Eduardo Alberto Zelaya Vides. Signed by Magistrate Judge Nathanael M. Cousins on 5/15/2024.** (lmh, COURT STAFF) (Filed on 5/15/2024) (Entered: 05/15/2024) |
| 05/21/2024 | | Reset Hearing as to Defendant Eduardo Alberto Zelaya Vides. Status Conference is advanced to 5/22/2024, at 01:00 PM in San Jose, Courtroom 5, 4th Floor before Magistrate Judge Nathanael M. Cousins. (lmh, COURT STAFF) (Filed on 5/21/2024) (Entered: 05/21/2024) |
| 05/22/2024 | 11 | Minute Entry<br>for proceedings held before Magistrate Judge Nathanael M. Cousins:<br>Status Conference as to Eduardo Alberto Zelaya Vides held on 5/22/2024. Theresia Sandhu from Bulldog Law appears and informs Court the firm that represented defendant was fired. Defendant waives Identity and Removal hearings. Defendant admits identity: Eduardo Zelaya. Hearing has been set in the District of Columbia for 5/30/2024, at 9:30am before Judge Beryl A. Howell (1:24-cr-00216-BAH). Order REMOVED to the District of Columbia.<br><br>Plaintiff's Attorney: Marissa Harris.<br>Defendant's Attorney: Theresia Sandhu*/ Varell Fuller.<br>Pretrial Officer: Shaffia Khanoon.<br>Liberty:1:04PM-1:10PM (06 mins).<br><br>Defendant Present: Yes.<br>Defendant in Custody: Yes.<br><br>(cfe, COURT STAFF) (Filed on 5/22/2024) (Entered: 05/22/2024) |
| 05/22/2024 | 12 | WAIVER of Rule 5 & 5.1 Hearings by Eduardo Alberto Zelaya Vides (cfe, COURT STAFF) (Filed on 5/22/2024) (Entered: 05/22/2024) |
| 05/22/2024 | 13 | **COMMITMENT TO ANOTHER DISTRICT as to Eduardo Alberto Zelaya Vides. Defendant committed to District of USDC, Columbia. Signed by Magistrate Judge Nathanael M. Cousins on 5/22/24. (cfe, COURT STAFF) (Filed on 5/22/2024) (Entered: 05/22/2024)** |
| 05/22/2024 | 14 | NOTICE OF CRIMINAL CASE TRANSFER.<br><br>Case transfer from California Northern to USDC, Columbia of a Rule 5, Rule 32, or Rule 40 Appearance as to Eduardo Alberto Zelaya Vides. Your case number is: 24-CR-0216 BAH. Public transfer documents are accessible and can be retrieved by your court via PACER. Under seal or otherwise restricted documents will be emailed directly. Please send acknowledgement of receipt, including the case number, to InterDistrictTransfer_CAND@cand.uscourts.gov<br>*If you wish to designate a different email address for future transfers, send your request to the national list host at InterDistrictTransfer_TXND@txnd.uscourts.gov.* (cfe, COURT STAFF) (Filed on 5/22/2024) (Entered: 05/22/2024) |